GRACE A. FENDLER, Respondent, *v.* OLIVER MOROSCO et al., Appellants.

(Submitted June 2, 1930, decided June 13, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 253 N. Y 281.)

PETROGRADSKY MEJDUNARODNY KOMMERCHESKY BANK, Appellant, *v.* THE NATIONAL CITY BANK OF NEW YORK, Respondent.

(Submitted June 9, 1930; decided June 13, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 253 N. Y. 23.)